NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Argenis Garcia

       v.                                        Case No. 2:26-cv-40

Kristi Noem; Joseph B. Edlow; and Todd M.
Lyons


TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Monday, March 09, 2026 in Burlington, Vermont, before the Honorable William K. Sessions III, District Judge, for a Status Conference.

Location: Courtroom 110                    JEFFREY S. EATON, Clerk
                                           By: /s/ Lisa Wright
                                           Deputy Clerk
                                           2/24/2026



TO:

Kendall A. Hoechst, Esq.
Solveig Olson-Strom, Esq.

Lauren Almquist Lively, AUSA

Court Reporter